**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6621**

BRANDON OTHA MARTIN,

Plaintiff - Appellant,

v.

CHARLES F. BIRKHEAD, Sheriff sued in individual and official capacity; M. SPENCER, Jail Chief, sued in individual and official capacity; GLASSCOCK, Officer; MS. MAYS, Officer; MS. HOLLOWAY, Lieutenant Durham County Jail sued individual and official capacity; MRS. GREEN, Sergeant Durhan County Jail sued in individual and official capacity,

Defendants - Appellees,

and

J. WOODARD, Officer,

Defendant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Loretta C. Biggs, Senior District Judge. (1:24-cv-00165-LCB-JLW)

Submitted: March 31, 2026                                  Decided: April 13, 2026

Before KING, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Brandon Otha Martin, Appellant Pro Se. Jason Rosser, Larissa Sha-Vone Williamson, DURHAM COUNTY ATTORNEY'S OFFICE, Durham, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Otha Martin appeals the district court's order adopting the recommendation of the magistrate judge and dismissing Martin's 42 U.S.C. § 1983 complaint for failure to state a claim. We have reviewed the record and discern no reversible error. Accordingly, we deny Martin's motions to appoint counsel, and we affirm. *Martin v. Birkhead*, No. 1:24-cv-00165-LCB-JLW (M.D.N.C. July 2, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*